(1)

U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
OCT 0 2 2024
AT ____ O'CLOCK ____
John M. Domurad, Clerk - Syracuse

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **UNITED STATES OF AMERICA** | Criminal No. 8:24-CR-406 (AMN) |
| **v.** | **Indictment** |
| **JOHN KELLY and RICHARD HOCKERSMITH,** | Violations: 18 U.S.C. § 2252A(a)(2)(B) and (b)(1) [Conspiracy to Receive and Distribute Child Pornography] |
| **Defendants.** | 18 U.S.C. § 2252A(a)(2)(B) [Receipt of Child Pornography] |
| | 18 U.S.C. § 2252A(a)(2)(B) [Distribution of Child Pornography] |
| | 18 U.S.C. § 2252A(a)(5)(B) and (b)(2) [Possession of Child Pornography] |
| | 8 Counts and Forfeiture Allegations |
| | County of Offense: Clinton |

**THE GRAND JURY CHARGES:**

**COUNT 1**
**[Conspiracy to Distribute and Receive Child Pornography]**

Between on or about August 19, 2022, and on or about September 10, 2024, in Clinton County in the Northern District of New York, and elsewhere, the defendants, **JOHN KELLY and RICHARD HOCKERSMITH,** did unlawfully conspire with each other to knowingly receive and distribute material containing child pornography, where the material was mailed, and shipped and transported in and affecting interstate commerce, in that the defendants used the United States Postal Service and other private or commercial interstate carrier to distribute to and receive from

each other electronic storage media containing child pornography, in violation of Title 18, United States Code, Sections 2252A(a)(2)(B) and (b)(1).

**COUNT 2**
**[Distribution of Child Pornography]**

On or about August 19, 2022, in Clinton County in the Northern District of New York, defendant, **RICHARD HOCKERSMITH**, did knowingly distribute material that contained child pornography where the material was mailed, and shipped and transported in and affecting interstate commerce, in that the defendant distributed to defendant **John Kelly** a 128GB SanDisk Extreme Plus SD Card, serial number BP22020001630Y, manufactured in Malaysia, which contained numerous graphic image and video files depicting one or more minors engaged in sexually explicit conduct, by mailing, shipping, and transporting the material through the United States Postal Service, in violation of Title 18, United States Code, Section 2252A(a)(2)(B).

**COUNT 3**
**[Receipt of Child Pornography]**

On or about August 22, 2022, in Oneida County in the Northern District of New York, defendant, **JOHN KELLY**, did knowingly receive material that contains child pornography that had been mailed, and shipped and transported in and affecting interstate commerce, in that the defendant received by mail, from defendant **Richard Hockersmith**, a 128GB SanDisk Extreme Plus SD Card, serial number BP22020001630Y, manufactured in Malaysia, which contained numerous graphic image and video files depicting one or more minors engaged in sexually explicit conduct, in violation of Title 18, United States Code, Section 2252A(a)(2)(B).

**COUNT 4**
**[Distribution of Child Pornography]**

On or about September 3, 2022, in Oneida County in the Northern District of New York, defendant, **JOHN KELLY**, did knowingly distribute material that contained child pornography, where the material was mailed, and shipped and transported in and affecting interstate commerce, in that the defendant distributed to defendant **Richard Hockersmith** a 128GB SanDisk Extreme Plus SD Card, serial number BP22020001630Y, manufactured in Malaysia, which contained numerous graphic image and video files depicting one or more minors engaged in sexually explicit conduct, by mailing, shipping, and transporting the material through the United States Postal Service or other private or commercial interstate carrier, in violation of Title 18, United States Code, Section 2252A(a)(2)(B).

**COUNT 5**
**[Receipt of Child Pornography]**

On or about September 6, 2022, in Clinton County in the Northern District of New York, defendant, **RICHARD HOCKERSMITH**, did knowingly receive material that contains child pornography that had been mailed, and shipped and transported in and affecting interstate commerce, in that the defendant received by mail or other private or commercial interstate carrier, from defendant **John Kelly**, a 128GB SanDisk Extreme Plus SD Card, serial number BP22020001630Y, manufactured in Malaysia, which contained numerous graphic image and video files depicting one or more minors engaged in sexually explicit conduct, in violation of Title 18, United States Code, Section 2252A(a)(2)(B).

**COUNTS 6-7**
**[Possession of Child Pornography]**

On or about each of the dates set forth below, in Oneida County in the Northern District of New York, and elsewhere the defendant, **JOHN KELLY,** did knowingly possess material that contained one or more images of child pornography that had been mailed, and shipped and transported using a means and facility of interstate and foreign commerce, and in and affecting such commerce by any means, including by computer, and that was produced using materials that had been shipped and transported in and affecting such commerce by any means, including by computer, that is, the devices listed below, each of which contained numerous graphic image and video files of minors engaged in sexually explicit conduct in violation of Title 18, United States Code, Section 2252A(a)(5)(B).

| Count | Date | Device |
|---|---|---|
| 6 | August 26, 2022 | 128GB SanDisk Extreme Plus SD Card, manufactured in Malaysia, serial number BP22020001630Y. |
| 7 | February 23, 2024 | HP Laptop, model 15-bp051nr, manufactured in China, serial number 8CG7252RJV. |

Those violations involved images of child pornography involving prepubescent minors and minors who had not attained 12 years of age, in violation of Title 18, United States Code, Section 2252A(b)(2).

**COUNT 8**
**[Possession of Child Pornography]**

On or about September 10, 2024, in Clinton County in the Northern District of New York, and elsewhere the defendant, **RICHARD HOCKERSMITH,** did knowingly possess material that contained one or more images of child pornography that had been mailed, and shipped and transported using a means and facility of interstate and foreign commerce, and in and affecting

such commerce by any means, including by computer, and that was produced using materials that had been shipped and transported in and affecting such commerce by any means, including by computer, that is, a 128GB SanDisk Extreme Plus SD Card, manufactured in Malaysia, serial number BP22020001630Y, which contained numerous graphic image and video files of minors engaged in sexually explicit conduct in violation of Title 18, United States Code, Section 2252A(a)(5)(B).

Those violations involved images of child pornography involving prepubescent minors and minors who had not attained 12 years of age, in violation of Title 18, United States Code, Section 2252A(b)(2).

## FIRST FORFEITURE ALLEGATION

The allegations contained in Counts 1 and 7 of this Indictment are hereby realleged and incorporated by reference herein for the purposes of alleging forfeiture pursuant to the provisions of Title 18, United States Code, Section 2253.

Pursuant to Title 18, United States Code, Section 2253(a)(3), upon conviction of the charges alleged in Count 7, the defendant, **JOHN KELLY**, shall forfeit to the United States of America any property, real and personal, used and intended to be used to commit and to promote the commission of the offense. The property subject to forfeiture includes, but is not limited to, the following:

1) One (1) HP Laptop, model 15-bp051nr, manufactured in China, serial number 8CG7252RJV.

## SECOND FORFEITURE ALLEGATION

The allegations contained in Counts 1 through 5, and 8 of this Indictment are hereby realleged and incorporated by reference herein for the purposes of alleging forfeiture pursuant to the provisions of Title 18, United States Code, Section 2253.

Pursuant to Title 18, United States Code, Section 2253(a)(3), upon conviction of the charges alleged in Count 8, the defendant, **RICHARD HOCKERSMITH**, shall forfeit to the United States of America any property, real and personal, used and intended to be used to commit and to promote the commission of the offense. The property subject to forfeiture includes, but is not limited to, the following:

1) One (1) 128GB SanDisk Extreme Plus SD Card, manufactured in Malaysia, serial number BP22020001630Y.

## THIRD FORFEITURE ALLEGATION

The allegations contained in Counts 1 through 7 of this Indictment are hereby realleged and incorporated by reference herein for the purposes of alleging forfeiture pursuant to the provisions of Title 18, United States Code, Section 2253.

Pursuant to Title 18, United States Code, Section 2253(a)(3), upon conviction of the charges alleged in Count 8, the defendant, **JOHN KELLY**, shall forfeit to the United States of America any property, real and personal, used and intended to be used to commit and to promote the commission of the offense. The property subject to forfeiture includes, but is not limited to, the following:

1) One (1) 128GB SanDisk Extreme Plus SD Card, manufactured in Malaysia, serial number BP22020001630Y.

Dated: October 2, 2024

**NAME REDACTED

A TRUE BILL,

[redacted]

Grand Jury Foreperson

CARLA B. FREEDMAN
United States Attorney

By: Adrian S. LaRochelle
Adrian S. LaRochelle
Assistant United States Attorney
Bar Roll No. 701266